**Order entered December 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01218-CV

### MACK R. CHRISTIAN, Appellant

### V.

### VENEFITS, LLC F/K/A VENSURANCE LLC, VIKASH JAIN, AND CHRIS WRBA, Appellees

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-05467-2016

## ORDER

The December 3, 2018 motion to substitute counsel, filed by appellees Venefits, LLC,

Vikash Jain, and Chris Wrba, is **GRANTED**. The Clerk of the Court is **DIRECTED** to remove

Jared A. Greathouse as lead counsel for appellees and to substitute in his place:

James R. Francis, Esq.
Texas State Bar No. 24110697
Barnwell Law Group, P.C.
2425 Commerce Avenue, N.W., Suite 300
Duluth, GA 30096
Telephone: 678-367-2196
Fax: 678-559-0778
Email: jfrancis@barnwelllawgroup.com

/s/ MOLLY FRANCIS
JUSTICE